## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| HARRY C. BISHOP, III, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil No. 2:11-cv-23-GZS |
| ) | |
| CORRECTIONAL MEDICAL ) | |
| SERVICES, ) | |
| ) | |
| Defendants ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 6) filed March 8, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (Docket No. 1) is **DISMISSED** because of Plaintiff's failure to state a claim.

 /s/ George Z. Singal
United States District Judge

Dated this 31st day of March, 2011.